JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Jenny Ruiz,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Frank Bisignano, COMMISSIONER OF SOCIAL SECURITY[1],<br><br>　　　　Defendant. | Case No. 1:26-cv-03228-SKO<br><br>STIPULATION AND UNOPPOSED MOTION FOR EXTENSION OF TIME; ORDER<br><br>(Doc. 11) |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 32-day extension of time, from July 27, 2026 to August 28, 2026, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION

[1] Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

FOR SUMMARY JUDGMENT .  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week.  For the weeks of July 27,2026 and August 3, 2026 the Plaintiff's Counsel has ten merit briefs. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: July 2, 2026          PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
     JONATHAN OMAR PENA
     Attorneys for Plaintiff



Dated: July 2, 2026          ERIC GRANT
                             United States Attorney
                             MATHEW W. PILE
                             Head of Program Litigation 1
                             Law & Policy
                             Social Security Administration

By:  **/s/ Oscar Gonzalez de Llano , GOVT*
     Oscar Gonzalez de Llano , GOVT
     Special Assistant United States Attorney
     Attorneys for Defendant
     (*As authorized by email on July 2, 2026)

2

## **ORDER**

Good cause having been shown (Fed. R. Civ. P. 16(b)(4)), the parties' foregoing Stipulation and Unopposed Motion (Doc. 11) is GRANTED, and IT IS ORDERED that Plaintiff's Opening Brief shall be filed on or before **August 28, 2026**.  All deadlines in the Scheduling Order (Doc. 4) are modified accordingly.

IT IS SO ORDERED.

Dated:    **July 2, 2026**                                    /s/ *Sheila K. Oberto*
                                                   UNITED STATES MAGISTRATE JUDGE